*Interview*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Rafael Valadez Jr.

)
)
)
)
)
)

Case: 1:21-mj-00648
Assigned To : Faruqui, Zia M.
Assign. Date : 11/9/2021
Description: Complaint w/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Rafael Valadez Jr.__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __11/09/2021__

*Issuing officer's signature*
Zia M. Faruqui
2021.11.09 21:20:41 -05'00'

City and state: __Washington, D.C.__   __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*

---

### Return

This warrant was received on (date) __11/9/2021__, and the person was arrested on (date) __11/15/2021__
at (city and state) __Indio, CA__.

Date: __11/15/21__

*Arresting officer's signature*
Benjamin Karp

Benjamin Karp, Special Agent
*Printed name and title*