# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RAFAEL VALADEZ, JR.,<br><br>      Defendant. | Case No. 21-CR-00695-JEB |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney, Jason M. Crawford, and defendant, Rafael Valadez, Jr., by and through his attorney of record, Deputy Federal Public Defender, Angela C. C. Viramontes, that:

    1.    On July 1, 2022, Mr. Valadez pled guilty to Count Four of the Information. The Court set sentencing for Sept. 16, 2022, at 2:45 p.m.

    2.    Mr. Valadez requests that the Court continue sentencing to October 14, 2022, at 2:45 p.m. via Zoom video. Mr. Valadez requests additional time so that he may continue to develop and collect mitigation information for sentencing, including letters and medical records, as well as provide the United States Probation Office with additional information regarding his finances.

///
///
///
///
///
///

3. The government does not object to this request.

For all these reasons, the parties hereby stipulate that the Court should continue sentencing to October 14, 2022, at 2:45 p.m. via Zoom video.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: Sept. 2, 2022  By  */s/ Angela C. C. Viramontes*

ANGELA C. C. VIRAMONTES
Deputy Federal Public Defender
Cal Bar No. 228228
3801 University Avenue, Suite 700
Riverside, California 92501
(951) 276-6346
angela_viramontes@fd.org

MATTHEW M. GRAVES
United States Attorney

DATED: Sept. 2, 2022  By  */s/ Jason Crawford*

JASON M. CRAWFORD
Trial Attorney
U.S. Department of Justice
Detailed to the D.C. U.S. Attorney's Office
DC Bar No. 1015493
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 598-1099
Jason.M.Crawford@usdoj.gov

## CERTIFICATE OF SERVICE

On September 2, 2022, a copy of the foregoing was served upon all parties *listed* on the Electronic Case Filing (ECF) System.

By   */s/ Angela C. C. Viramontes*
ANGELA C. C. VIRAMONTES
Deputy Federal Public Defender
Cal Bar No. 228228
3801 University Avenue, Suite 700
Riverside, California  92501
(951) 276-6346
angela_viramontes@fd.org

On September 2, 2022, a copy of the foregoing was served upon the part *not* listed on the Electronic Case Filing (ECF) System by placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

SHERRY B. BAKER
Senior US Probation Officer
333 Constitution Avenue, Suite 2214
Washington, DC 20001-1300

By   */s/ Angela C. C. Viramontes*
ANGELA C. C. VIRAMONTES
Deputy Federal Public Defender
Cal Bar No. 228228
3801 University Avenue, Suite 700
Riverside, California  92501
(951) 276-6346
angela_viramontes@fd.org