# EXHIBIT A

## U.S. v. RICHARD VALADEZ, JR.
**21-cr-00695-JEB**

## RAFAEL VALADEZ, JR.'S SENTENCING MEMORANDUM













