# EXHIBIT B

**U.S. v. RICHARD VALADEZ, JR.**
21-cr-00695-JEB

**RAFAEL VALADEZ, JR.'S SENTENCING MEMORANDUM**

Date: 09/18/2022

Your Honor,

My name is Jenny V. Garcia Valadez, I am the wife of Rafael Valadez.

I am a mother of 6. For the last three and half years, I have been a stay at home mother. 2 adults, 1 middle schooler who is home schooled, and one who will be graduating from high school in 2023, and 2 toddlers.

The aim of this letter is to present the good character of Rafael Valadez.

Rafael and I have been married for 20 years. We have known each other for 23 years. The amount of years we have been in each other's lives says a lot. Rafael has consistently proven to be a man of high integrity. He is well known for having good character, being a respectable husband and father, and being trustworthy. Rafael does more than just provide, he demonstrates to our children the value of good work ethics, and how important it is to be responsible. Rafael loves making memories with us. Rafael takes time to take us as a family, to go fishing, to Disneyland, boating, apple and berry picking, and the movies. Rafael, involves his children in his DIY projects and in other activities. He loves having his one-on-one time with his children. My husband also takes our kids out on a date once a month. He can be so exhausted from work, but he won't let that prevent him from spending time with his children or me.

He is well-regarded among his clients and friends as a person of honesty, and dedicated to working hard. For example, Rafael tore his calf muscle. Any other man would have stayed home and taken 2 weeks off, but not Rafael. He continued to work and tore it a couple more times while working. He is a man of priorities, and a man who sets goals for himself, and achieves them. He has always been responsible and focused. His favorite quote is, "he will sleep and rest when the good lord takes him home." Rafael he works hard to provide us

Rafael's transgressions come as a complete surprise to all of us. I am aware Rafael has pleaded guilty to his charges. However, this is the first time Rafael has ever gone to support anyone, Rafael has never gone to any rallies or protests in his life.

I want to express that Rafael is not a man who seeks trouble, he did not go to the rally to create trouble. However, I do understand he is responsible for his actions.

Rafael has expressed to me how much he regrets making the decision to have gone to the rally to support former President Trump, doing so has brought much pain and stress to our children, me, and Rafael.

I can assure you, Your Honor, this is not Rafael's character. And I assure you with the fact that we are still married, and still in each other's lives after 20 years.

As his wife, and on behalf of our children, I would like to plead for leniency. I know Rafael will not do this again. The consequences Rafael will receive will not only affect him, but it will also affect our children and me, especially our little 22 month old son. Everyday Z needs to Facetime Rafael when Rafael is at work. It's one of the first things he asks for when he wakes up. I can't imagine what that would do to Z if Rafael was in jail. I also don't know how I would buy groceries or pay our mortgage if Rafael was in jail because he is the sole provider. With two toddlers, and a middle schooler that I am home schooling, I cannot go back to work. Even if I went back to work, I could not make enough money to support myself and our four children.

Rafael has shown a determined approach to overcoming his mistake constructively and successfully thus far. Since Jan. 6th, Rafael has not gone to any capitals, rallies, protests, etc. He has just gone to work and spent time with his family.

Thank you.

Sincerely
Jenny V. Garcia Valadez