# EXHIBIT D

**<u>U.S. v. RICHARD VALADEZ, JR.</u>**
**21-cr-00695-JEB**

**RAFAEL VALADEZ, JR.'S SENTENCING MEMORANDUM**

Rafael Valadez
Indio, CA  92203

Sept. 18, 2022

Honorable James E. Boasberg,

    It is with great humility that I'm writing this letter to you. My actions came with many consequences that affected my family and me in many ways. I am the only one working in my family. My wife stays at home and cares for our two toddlers, and home schools our middle schooler. We have another child in high school. My wife and children are now stressed due to the fact that they don't know what is going to happen to them financially if I go to prison. My son Isaac is concerned about his friends finding out about my case and how they will react. Some of my family and friends stopped talking to me because of what I did. It was never my intention to ever hurt my family, and seeing them bare pain caused by my actions and having to see the hurt in their faces due to the mess I am in is draining day after day, and is a sentence in itself.

    The crime I committed is harmful in many ways for it can be the stepping stone to more situations where protests become violent. When I left for the protest, I thought I was going to a march to support President Trump. I was upset about the election results. I did not go to the protest thinking it was going to be violent. I've never been to Washington D.C. I've never been to a protest. When I was at the protest, I didn't think through what was going on. I wanted to keep filming what was going on. I didn't stop to think about the harm I was causing to the Capitol and the people who work there. I know these are not excuses. I am embarrassed by what I did that day. Since Jan. 6th, I have focused on God, my family, and work which has kept me on the right path. I have not attended any type of rally, protest, meeting, etc. and do not want to. I just want to work and take care of my family.

    Thank you for taking the time to read my letter.

    Sincerely,

    Rafael Valadez