UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>RAFAEL VALADEZ, JR.,<br><br>       Defendant. | Case No. 21-CR-00695-JEB |

## LETTER IN SUPPORT OF RAFAEL VALADEZ, JR.
## RE SENTENCING PROCEEDINGS

    Defendant Rafael Valadez, Jr., by and through his attorney of record, Deputy Federal Public Defender Angela C. C. Viramontes, hereby submits the attached letter for the Court's consideration prior to sentencing proceedings.

                                    Respectfully submitted,

                                      CUAUHTEMOC ORTEGA
                                    Federal Public Defender

DATED: Sept. 29, 2022        By  */s/ Angela C. C. Viramontes*
                                      ANGELA C. C. VIRAMONTES
                                      Deputy Federal Public Defender
                                      Cal Bar No. 228228
                                      3801 University Avenue, Suite 700
                                      Riverside, California  92501
                                      (951) 276-6346
                                      angela_viramontes@fd.org

## CERTIFICATE OF SERVICE

On September 29, 2022, a copy of the foregoing was served upon all parties *listed* on the Electronic Case Filing (ECF) System.

By  */s/ Angela C. C. Viramontes*
ANGELA C. C. VIRAMONTES
Deputy Federal Public Defender
Cal Bar No. 228228
3801 University Avenue, Suite 700
Riverside, California  92501
(951) 276-6346
angela_viramontes@fd.org

On September 29, 2022, a copy of the foregoing was served upon the part *not* listed on the Electronic Case Filing (ECF) System by placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

SHERRY B. BAKER
Senior US Probation Officer
333 Constitution Avenue, Suite 2214
Washington, DC 20001-1300

By  */s/ Angela C. C. Viramontes*
ANGELA C. C. VIRAMONTES
Deputy Federal Public Defender
Cal Bar No. 228228
3801 University Avenue, Suite 700
Riverside, California  92501
(951) 276-6346
angela_viramontes@fd.org